# Order

**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146460 & (3)(4)

IN RE:

HONORABLE DIANE M. HATHAWAY
MICHIGAN SUPREME COURT

SC: 146460
JTC: Formal Complaint 91

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

      On order of the Court, the Judicial Tenure Commission having filed a written withdrawal of the motion for immediate consideration, petition for interim suspension, and request for appointment of master, the motion, petition, and request are DISMISSED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

d0325